RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 27 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**______________ DIVISION**

Stephanie Nelson
(Print your full name)

Plaintiff *pro se*,

v.

Peachtree Road United Methodist Church

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:26-CV-1665

(to be assigned by Clerk)

## ***PRO SE*** **EMPLOYMENT DISCRIMINATION COMPLAINT FORM**

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

**NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) ______________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff. Print your full name and mailing address below:

Name Stephanie Yvette Nelson

Address 1270 Cheshire Bridge Rd NE Apt 818
Atlanta, Ga 30324

4. Defendant(s). Print below the name and address of each defendant listed on page 1 of this form:

Name Peachtree Road United Methodist Church

Address 3180 Peachtree Rd NE
Atlanta, Ga 30305

Name Andrea Petsche The Preschool at Peachtree Road United Methodist church

Address 3180 Peachtree Rd NE
Atlanta, Ga 30305

Name ______________________________

Address ______________________________

______________________________

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

______________________________

______________________________

6. When did the alleged discrimination occur? (State date or time period)

5/28/2025, The day of meeting.

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency? ✓ Yes ______ No

If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

✓ Yes ______ No

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: ______________________

9. If you are suing for **age discrimination**, check one of the following:

______ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

______ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes _____ No __X__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes _____ No __X__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

- _____ failure to hire me
- _____ failure to promote me
- _____ demotion
- _____ reduction in my wages
- X working under terms and conditions of employment that differed from similarly situated employees
- _____ harassment
- X retaliation
- X termination of my employment
- _____ failure to accommodate my disability
- _____ other (please specify) ______________________________

______________________________

13. I believe that I was discriminated against because of (check only those that apply):

- _____ my race or color, which is ______________________________
- _____ my religion, which is ______________________________
- _____ my sex (gender), which is ____ male ____ female
- _____ my national origin, which is ______________________________
- _____ my age (my date of birth is ______________________________)
- _____ my disability or perceived disability, which is:

______________________________

- X my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

- _____ other (please specify) ______________________________

______________________________

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

(1) Plaintiff Stephanie Nelson is an African American female. (2) Plaintiff was employed by Defendant PRUMC from 2/6/2025 - 6/18/2025 as a childcare worker in the Drop-In program. (3) Prior to May 2025, Plaintiff had no written disciplinary history and no documented attendance violations. (4) In early May 2025, Plaintiff raised safety concerns regarding installation of a toddler gate in her classroom. (5) On May 16, 2025, the toddler gate collapsed while Plaintiff was holding a child, causing Plaintiff to fall. (6) On May 16, 2025, Plaintiff filed a workers' compensation claim related to the incident. (7) On May 28, 2025 Plaintiff was placed on a Performance Improvement Plan (PIP) with a stated review period extending through 8/25/25. (8) The PIP was issued approximately 12 days after Plaintiff filed her workers compensation claim. (9) During the PIP period, Plaintiff did not receive additional written disciplinary notices. (10) On June 18, approximately 21 days into the stated 90 days PIP period, Defendant terminated Plaintiff employment.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

(11) The written separation notice stated Plaintiff "failed to meet PIP expectations.

(12) Plaintiff was verbally informed that termination was based on an allegation that she lifted a child by the arm.

(13) Plaintiff was not provided an opportunity to respond to the allegations prior to termination.

(14) Upon information and belief, a white summer Childcare employee identified as "Addison" who performed the same duties under the same supervisory authority, engaged in comparable food-sharing practices but was not placed on a PIP or terminated.

(15) ~~Upon information and belief~~ Defendant treated Plaintiff more harshly than similarly situated white employees.

(14). Plaintiff's termination occurred under circumstances giving rise to an inference of race discrimination and retaliatory discharge.

(17) Plaintiff termination occurred shortly after she filed a workers compensation claim.

Count 1 - Race discrimination (Title VII)

Count 2 - Race discrimination (42 U.S.C. § 1981)

Count 3 - Retaliatory Discharge for Filing Workers' Compensation ~~[illegible]~~ - Claim (Georgia Law)

15. Plaintiff

_____ still works for defendant(s)

__X__ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes __X__ No

If you checked "Yes," please explain: ____________________________

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial? __X__ Yes _____ No

## **<u>Request for Relief</u>**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____ Defendant(s) be directed to ____________________________

__X__ Money damages (list amounts) Compensatory damages, backpay, front pay, punitive damages, costs, and any other relief the Court deems just and proper.

__X__ Costs and fees involved in litigating this case

_____ Such other relief as my be appropriate

**PLEASE READ BEFORE SIGNING THIS COMPLAINT**

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this ______ day of ________________________, 20________

Stephanie Nelson
(Signature of plaintiff *pro se*)

Stephanie Nelson
(Printed name of plaintiff *pro se*)

1270 Cheshire Bridge Rd NE Apt 818
(street address)

Atlanta Ga 30324
(City, State, and zip code)

stephanienelson@mail.com
(email address)

205-440-3607
(telephone number)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Ms. Stephanie Nelson
1441 Woodmont Ln NW Ste 1072
Atlanta, GA 30318
Charge No: 410-2025-12463

EEOC Representative and email: MICHELLE WRIGHT
INVESTIGATOR
MICHELLE.WRIGHT@EEOC.GOV

---

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2025-12463.

On behalf of the Commission,

I. Daniel-Edward Anance

Digitally signed by I. Daniel-Edward Anance
Date: 2026.02.03 14:26:47 -05'00'

Iruketekana D-Anance For

Darrell E. Graham
District Director

**Cc:**
The Preschool at Peachtree Road United Methodist Church
3180 Peachtree Rd Ne
Atlanta, GA 30305

Andrea Petsche
The Preschool at Peachtree Road United Methodist Church
3180 Peachtree Rd Ne
Atlanta, GA 30305

Please retain this Notice for your records.

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 410-2025-12463 to the District Director at Darrell E. Graham, 100 Alabama Street, SW Suite 4R30, Atlanta, GA 30303.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 410-2025-12463 to the District Director at Darrell E. Graham, 100 Alabama Street, SW Suite 4R30, Atlanta, GA 30303.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.